IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 26 PM 12: 4

ROBERT R. DI ...O
CLERK, U.S. D...T.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                        NO. 04-20173-Ma

JERRY SIMS,

    Defendant.

## ORDER

Before the court is the defendant's April 25, 2005 Motion to Continue Self Surrender Date, which is presently scheduled for April 29, 2005 to the Federal Correctional Institution, Forrest City, Arkansas.

For good cause shown, the motion is granted and the defendant's surrender date shall be extended for thirty (30) days.

It is so ORDERED this 26th day of April, 2205.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CR-20173 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT