IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | NO. 04-20173-Ma |
| JERRY SIMS, | |
| Defendant. | |

## ORDER

Before the Court is the Defendant's May 24, 2005 Motion to Continue Self Surrender Date and to Amend Recommendation for Place of Confinement.

For good cause shown, the motion is granted and the Defendant is allowed up to and including June 30, 2005 to self surrender as designated. The Court directs the Clerk to amend the Judgment to include the recommendation that Defendant be designated to serve his term of imprisonment at a federal medical facility.

IT IS SO ORDERED this 25th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20173 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT